DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

12 DECEMBER 2012

| 460A12 | John Conner Construction, Inc., R & G Construction Company, and Eggers Construction Company v. Grandfather Holding Company, LLC and Mountain Community Bank, a Branch of Carter County Bank | 1. Plts' NOA Based Upon a Dissent (COA11-1228)<br><br>2. Plts' PDR as to Additional Issues<br><br>3. Def's (Mountain Community Bank) PWC to Review Order of COA (COA11-1228) | 1. - - -<br><br>2. Allowed<br><br>3. Denied |
| --- | --- | --- | --- |
| 461P12 | In re: Robert E. Young | Petitioner's *Pro Se* Petition for *Writ of Mandamus* | Dismissed **11/13/12** |
| 465P12 | In re: Christopher M. Headen | Def's *Pro Se* Motion for Actual Innocence | Dismissed |
| 475P12 | State v. Robert Eugene Eason | 1. Def's *Pro Se* PWC to Review Order of COA (COAP12-854)<br><br>2. Def's *Pro Se* Motion to Proceed *In Forma Pauperis*<br><br>3. Def's *Pro Se* Motion to Appoint Counsel | 1. Denied<br><br>2. Allowed<br><br>3. Dismissed as Moot |
| 476P12 | Monty S. Poarch v. N.C. Department of Crime Control and Public Safety, North Carolina Highway Patrol | 1. Petitioner's PDR Under N.C.G.S. § 7A-31 (COA11-1501)<br><br>2. National Troopers Coalition and The N.C. Troopers Association's Motion for Leave to File *Amicus* Brief | 1. Denied<br><br>2. See Special Order **12/06/12** |
| 477P12 | State v. Romids Antwoin Miles | Def's PDR Under N.C.G.S. § 7A-31 (COA12-323) | Denied |
| 481P12 | State v. Colby Shane Gerrick | Def's *Pro Se* Petition for *Writ of Mandamus* | Dismissed |